# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:21CR177 |
| vs. | ) | |
| | ) | ORDER |
| RYAN T. LOGAN, | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's Motion to Continue Trial [67]. Counsel needs additional time to resolve this matter short of trial. After communication with the parties on April 20, 2023 and the reasons set forth in the motion, the undersigned magistrate judge finds good cause for the requested continuance. Accordingly,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [67] is granted as follows:

1. The jury trial now set for May 22, 2023, is continued to **July 31, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and July 31, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. **No further continuances will be granted without counsel for the parties requesting a hearing before the undersigned magistrate judge.**

**DATED: April 20, 2023**

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge