## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:21CR177 |
| vs. | ) | |
| RYAN T. LOGAN, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on the Unopposed Motion to Continue Trial [69]. The parties informed the court they are working to resolve the matter short of trial. Additional time is necessary in order to make further attempts to find a mutually acceptable resolution. The undersigned magistrate judge has communicated with attorneys and for good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [69] is granted, as follows:

1. The jury trial now set for July 31, 2023 is continued to **October 2, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and October 2, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted.**

DATED: July 19, 2023.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge