**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:21CR177** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **RYAN T. LOGAN,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the Unopposed Motion to Continue Trial [73]. The parties informed the court they are working to resolve the matter short of trial. Additional time is necessary in order to make further attempts to find a mutually acceptable resolution.   The undersigned magistrate judge met with the attorneys on November 30, 2023 regarding the need for a continuance.   Based on what is contained in the motion, and the information that was provided by the attorneys during the meeting with the undersigned, I find good cause has been shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [73] is granted, as follows:

1. The jury trial now set for December 4, 2023 is continued to **February 5, 2024.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.   Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and February 5, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.   Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.   18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted.**

**DATED:  November 30, 2023.**

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge